76 P.3d 624

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Norwest Bank Minnesota v. Lopez | 24005 | 08/04/2003 | Affirmed |
| Doe Children, In re | 24854 | 08/08/2003 | Affirmed |
| State v. Atapuai | 25148 | 08/14/2003 | Affirmed |
| State v. Ikeda | 24868 | 08/19/2003 | Affirmed |
| State v. Gonsalves | 25063 | 08/21/2003 | Affirmed |
| State v. Hendrickson | 24921 | 08/21/2003 | Affirmed |
| State v. Ishikawa | 25020 | 08/25/2003 | Affirmed |
| State v. Harris | 24914 | 08/25/2003 | Vacated and remanded |
| H.E. Johnson Co., Inc. v. Emma Intern., Inc. | 24448 | 08/26/2003 | Affirmed |
| State v. Hatori | 24331 | 08/29/2003 | Affirmed |